IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO. 7:19-CV-156-BO

NEIGHBORHOOD NETWORKS )
PUBLISHING, INC., )
      Plaintiff )
)
v. )    DEFAULT JUDGMENT
)
N2 DIGITAL MARKETING, INC., )
      Defendant )

THIS MATTER is before the Court on the Motion for Default Judgment filed by Plaintiff Neighborhood Networks Publishing, Inc. ("Plaintiff"), against Defendant N2 Digital Marketing, Inc. ("Defendant"). The Court having reviewed Plaintiff's Motion for Default Judgment and memorandum in law in support of the same, and the pleadings, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. Plaintiff's Motion for Default Judgment against Defendant is hereby granted.

2. Default was entered against Defendant on October 24, 2019. Accordingly, all of the facts and allegations in the Complaint are deemed admitted by Defendant.

3. Plaintiff is the owner of the entire right, title and interest in and to N2's Trademarks and the N2's Trade Names ("N2's Marks").

4. Plaintiff is the owner of the entire right, title, and interest in and to N2's Marks, in stylized or design logo form and in word form.

5. Plaintiff's rights in N2's Marks are valid and enforceable.

6. Defendant has infringed Plaintiff N2's Marks, including

   a. N2's Trademarks, which are:

      i. U.S. Trademark Registration No. 4,095,430 (the N2 PUBLISHING mark),

      ii. U.S. Trademark Registration No. 5,771,330 (the N2DIGITAL mark), and

      iii. the N2 common law mark, and

      iv. the word form of the N2 PUBLISHING common law mark, and

   b. N2's Trade Names, which are:

      i. N2,

      ii. N2 Publishing,

      iii. N2Digital, and

      iv. Neighborhood Networks Publishing.

7. Defendant has infringed Plaintiff's N2's Marks in violation of 15 U.S.C. § 1114 and as a matter of common law.

8. Defendant has infringed Plaintiff's common law trade name rights.

9. Defendant has engaged in unfair competition in violation of 15 U.S.C. § 1125(a) and as matter of common law.

10. Defendant, its agents, servants, officers, employees, attorneys, and all persons in active concert or participation with them, shall be permanently enjoined and restrained from:

> a. Using N2's Marks, and all other designations, designs, and indicia which are likely to cause confusion, mistake, or deception with respect to Plaintiff N2's Marks; and
>
> b. Using any and all of the infringing trademarks and trade names, including **N2, N2 Publishing, N2 Digital, and Neighborhood Networks Publishing**; and


;


; and

> c. Violating any proprietary rights of Plaintiff N2.

11. Defendant shall deliver for impounding and destruction all of Defendant's products, fixtures, writings, signage, artwork, copies, and other materials which infringe Plaintiff's rights.

12. Defendant is directed to file with the Court and serve on Plaintiff, within thirty (30) days after the service of this Order, a written report under oath

setting forth in detail the manner and form in which Defendant has complied with this injunction and Order.

13. Defendant shall be taxed with the costs of this action.

SO ORDERED this the 12 day of March, 2020.

*Terrence Boyle*
Terrence W. Boyle
Chief United States District Court Judge